# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE R. WRAY and GERALD W. WRAY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:12-1240 |
| ) | Judge Trauger |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., d/b/a New England ) | |
| Compounding Center, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Given the filing of bankruptcy by the defendant in this case, it is hereby **ORDERED** that this case is **STAYED** pursuant to 11 U.S.C. § 362(a) pending further order of the court. The initial case management conference scheduled for January 28, 2013 is **CANCELLED**.

It is so **ORDERED.**

ENTER this 7th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge